IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISIDRO JARAMILLO,<br><br>　　　　Defendant. | 8:09CR422<br><br>ORDER |

　　This matter is before the Court on the government's Amended Motion for Dismissal (Filing No. 113). The Amended Motion seeks dismissal of the Petition for Offender Under Supervision (Filing No. 109) and also seeks an order terminating defendant's supervision. The Court finds that the Amended Motion should be granted. The Petition for Offender Under Supervision is dismissed without prejudice and the defendant's term of supervised release is terminated.

　　IT IS SO ORDERED.

　　Dated this 19th day of July 2022.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.* (signature)

　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　Chief United States District Judge